# EXHIBIT B

US008493322B2

(12) **United States Patent**
**Griffin et al.**

(10) **Patent No.:** **US 8,493,322 B2**
(45) **Date of Patent:** **Jul. 23, 2013**

(54) **HAND-HELD ELECTRONIC DEVICE**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A. Little**, Waterloo (CA); **Harry R. Major**, Waterloo (CA); **Craig Dunk**, Guelph (CA); **Michael Brown**, Heidelberg (CA); **Jérôme Lang**, Toronto (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 140 days.

(21) Appl. No.: **13/111,554**

(22) Filed: **May 19, 2011**

(65) **Prior Publication Data**

US 2011/0215999 A1 Sep. 8, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/561,540, filed on Nov. 20, 2006, now Pat. No. 7,969,419, which is a continuation of application No. 09/543,231, filed on Apr. 5, 2000, now Pat. No. 6,489,950, which is a continuation-in-part of application No. 29/108,876, filed on Aug. 5, 1999, now Pat. No. Des. 433,460, and a continuation-in-part of application No. 09/344,432, filed on Jun. 25, 1999, now Pat. No. 6,396,482, which is a continuation-in-part of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) **Int. Cl.**
*G09G 5/00* (2006.01)

(52) **U.S. Cl.**
USPC ............................................ **345/156**; 341/22

(58) **Field of Classification Search**
USPC ..... 345/168; 707/6; 400/94; 358/402; 341/22
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,029,915 A 6/1977 Ojima
4,449,839 A 5/1984 Bleuer

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0267801 5/1988
EP 0278169 8/1988

(Continued)

OTHER PUBLICATIONS

"Mastering Microsoft Office 97," Moseley et al. 1996, pp. 316-316.

(Continued)

*Primary Examiner* — Quan-Zhen Wang
*Assistant Examiner* — Yuk Chow
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **ABSTRACT**

A hand-held electronic device with a keyboard, thumbwheel, display and associated software is optimized for use of the device with the thumbs. The associated software has a plurality of features to optimize efficient use of the limited keyboard space and encourage the use of the device by thumb-based data entry through the thumbwheel and/or through a combination of minimal number of keystrokes. Software features include international character scrolling, and auto-capitalization. The keys on the device keyboard are optimally shaped and configured for thumb-based input. In addition, the thumbwheel is inclined between the front and a side edge of the device so as to be reachable by either the thumb or index finger of the user's hand at the side edge of the device.

**6 Claims, 9 Drawing Sheets**



U.S. PATENT DOCUMENTS

D278,341 S 4/1985 Scheid
4,625,557 A 12/1986 Rutherford
D293,241 S 12/1987 Wan et al.
RE32,686 E 5/1988 Dages
4,804,279 A * 2/1989 Berkelmans et al. ........... 400/94
D312,628 S 12/1990 Yokoi et al.
D313,401 S 1/1991 Tanabe
D313,413 S 1/1991 Langton
5,059,048 A 10/1991 Sirkin
5,184,830 A 2/1993 Okada et al.
5,217,295 A 6/1993 Tortola et al.
5,288,158 A 2/1994 Matias
D345,158 S 3/1994 Namba et al.
5,336,001 A 8/1994 Lichtenberg
5,337,346 A 8/1994 Uchikura
5,360,280 A 11/1994 Camacho et al.
5,367,298 A 11/1994 Axthelm
D357,253 S 4/1995 Wong
5,410,141 A 4/1995 Koenck et al.
5,410,333 A 4/1995 Conway
5,426,449 A 6/1995 Danziger
D359,920 S 7/1995 Sakamoto
5,436,954 A 7/1995 Nishiyama et al.
5,436,960 A 7/1995 Campana, Jr. et al.
5,457,454 A 10/1995 Sugano
D367,043 S 2/1996 Ross et al.
5,500,643 A 3/1996 Grant
5,543,787 A 8/1996 Karidis et al.
5,563,631 A 10/1996 Masunaga
5,575,576 A 11/1996 Roysden, Jr.
5,600,790 A 2/1997 Barnstijn et al.
5,606,712 A 2/1997 Hidaka
5,611,031 A 3/1997 Hertzfeld et al.
D381,021 S 7/1997 Williams et al.
D383,756 S 9/1997 Henderson et al.
5,666,138 A 9/1997 Culver
5,672,108 A 9/1997 Lam et al.
D386,497 S 11/1997 Huslig et al.
5,689,253 A 11/1997 Hargreaves et al.
D390,509 S 2/1998 Antzinas et al.
5,737,394 A 4/1998 Anderson et al.
5,754,737 A 5/1998 Gipson
5,786,776 A 7/1998 Kisaichi et al.
D397,369 S 8/1998 Rissman
5,797,089 A 8/1998 Nguyen
D397,728 S 9/1998 Yuen et al.
D399,537 S 10/1998 Chi et al.
5,818,437 A 10/1998 Grover et al.
5,825,353 A 10/1998 Will
5,827,082 A 10/1998 Laine
D402,572 S 12/1998 Han
D403,362 S 12/1998 Fai
5,861,821 A 1/1999 Kato et al.
5,893,798 A 4/1999 Stambolic et al.
5,912,661 A 6/1999 Siddiqui
5,915,228 A 6/1999 Kunihiro et al.
5,920,308 A 7/1999 Kim
5,930,703 A 7/1999 Cairns
5,931,873 A 8/1999 Cisar
5,963,197 A 10/1999 Bacon et al.
5,966,098 A 10/1999 Qi et al.
5,974,238 A 10/1999 Chase, Jr.
5,974,413 A * 10/1999 Beauregard et al. .................. 1/1
D416,024 S 11/1999 Johansson et al.
D416,256 S 11/1999 Griffin et al.
5,982,520 A 11/1999 Weiser et al.
5,995,026 A 11/1999 Sellers et al.
6,005,496 A 12/1999 Hargreaves et al.
6,006,351 A 12/1999 Peretz et al.
6,009,333 A 12/1999 Chaco
6,014,429 A 1/2000 LaPorta et al.
6,014,573 A 1/2000 Lehtonen et al.
6,018,651 A 1/2000 Bruckert et al.
D420,351 S 2/2000 Waldner
6,023,779 A 2/2000 Fullam et al.
6,025,931 A * 2/2000 Bloomfield ................... 358/402
6,046,730 A 4/2000 Bowen et al.
6,046,732 A 4/2000 Nishimoto
6,047,047 A 4/2000 Aldridge et al.
6,047,196 A 4/2000 Makela et al.
6,047,197 A 4/2000 Jarrad
6,049,796 A 4/2000 Siitonen et al.
6,052,070 A 4/2000 Kivela et al.
6,084,576 A 7/2000 Leu et al.
6,091,956 A 7/2000 Hollenberg et al.
6,094,197 A 7/2000 Buxton et al.
6,102,594 A 8/2000 Strom
6,103,979 A 8/2000 Motoyama et al.
6,107,997 A 8/2000 Ure et al.
D432,511 S 10/2000 Eckholm
D433,017 S 10/2000 Martinez
D433,460 S 11/2000 Griffin et al.
6,148,261 A 11/2000 Obradovich et al.
6,157,323 A 12/2000 Tso et al.
D436,591 S 1/2001 Abston et al.
6,212,412 B1 4/2001 Rogers et al.
D441,733 S 5/2001 Do et al.
6,243,789 B1 6/2001 Hasbun et al.
6,256,011 B1 7/2001 Culver
6,278,442 B1 8/2001 Griffin et al.
6,295,052 B1 9/2001 Kato et al.
6,297,795 B1 10/2001 Kato et al.
6,304,431 B1 10/2001 Kim
6,310,609 B1 10/2001 Morgenthaler
D451,079 S 11/2001 Ali
D454,349 S 3/2002 Makidera et al.
D454,849 S 3/2002 Eckholm
6,356,258 B1 3/2002 Kato et al.
6,374,277 B2 4/2002 Vong et al.
D456,794 S 5/2002 Laverick et al.
6,385,463 B1 5/2002 Lieberman et al.
6,396,482 B1 5/2002 Griffin et al.
D458,239 S 6/2002 Shim et al.
D459,327 S 6/2002 Ali
D460,068 S 7/2002 Lanzaro et al.
D460,493 S 7/2002 Griffin et al.
D461,803 S 8/2002 Griffin et al.
6,452,588 B2 9/2002 Griffin et al.
D464,995 S 10/2002 Griffin et al.
6,459,968 B1 10/2002 Kochie
6,480,186 B1 * 11/2002 McCabe et al. ............... 345/168
D467,917 S 12/2002 Tischer
6,489,950 B1 12/2002 Griffin et al.
6,507,336 B1 1/2003 Lunsford
6,525,676 B2 * 2/2003 Kisaichi et al. ................. 341/22
D472,225 S 3/2003 Griffin
6,535,749 B1 3/2003 Iwata et al.
6,538,651 B1 3/2003 Haymann et al.
D472,551 S 4/2003 Griffin
D473,226 S 4/2003 Griffin et al.
D476,985 S 7/2003 Griffin
D478,585 S 8/2003 Griffin
6,608,616 B2 8/2003 Lin et al.
6,611,254 B1 8/2003 Griffin et al.
6,611,255 B2 8/2003 Griffin et al.
D479,233 S 9/2003 Griffin
D479,714 S 9/2003 Donner
D480,722 S 10/2003 Griffin et al.
6,630,924 B1 10/2003 Peck et al.
D482,353 S 11/2003 Helin
6,647,367 B2 11/2003 McArthur et al.
6,731,227 B2 5/2004 Horie
6,744,890 B1 6/2004 Le et al.
6,842,169 B2 1/2005 Griffin et al.
6,973,052 B2 12/2005 Wang et al.
7,319,461 B2 1/2008 Griffin et al.
7,495,660 B2 2/2009 Griffin et al.
7,639,241 B2 12/2009 Griffin et al.
2001/0044828 A1 11/2001 Kikinis
2002/0054676 A1 5/2002 Zhao et al.
2002/0158844 A1 10/2002 McLoone et al.
2003/0006968 A1 1/2003 Solomon
2003/0025673 A1 2/2003 Ledbetter et al.

FOREIGN PATENT DOCUMENTS

EP 0538020 4/1993
EP 0685801 12/1995

| | | |
|---|---|---|
| EP | 0732646 | 9/1996 |
| EP | 0760291 | 3/1997 |
| EP | 1143327 | 10/2001 |
| WO | 96/04618 | 2/1996 |
| WO | 9833111 | 7/1998 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |
| WO | 0038041 | 6/2000 |
| WO | 0074240 | 12/2000 |
| WO | 0150335 | 7/2001 |

OTHER PUBLICATIONS

"Programmable Calculators: Hewlett-Packard HP-200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.rskey.org/hp2001x.html.

"Triangular Toggle Keys for Touch-Tone Phones," IBM Technical Disclosure Bulletin, vol. 31, No. 1., Jun. 1, 1988, pp. 47-49, NY, US.

Canadian Office Action dated Jun. 23, 2011, which issued in Canadian Application No. 2,547,927 (3 pages).

Office Action for U.S. Appl. No. 11/561,540 dated Jan. 27, 2011 (8 pages).

Photo of AEG 1995 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola be be available in 1995 (1 page).

Photo of Ether Age ClipKee MiniKeyboard Product, noted in Table 1 of page 7 of Cite No. 1; photo date unknown, advertising related to the product said by Motorola to be availabe Jul. 2001 (1 page).

Photo of Handspring Treo 180 Product, noted in Table 1 of p. 7 of Cite No. 1; photo of date unknown, product said by Motorola to be availael in 1997 (1 page).

Photo of Husky Field Explorer 21 Product, noted in Table 1 of p. 7 of Cite No. 1; phot data unknown, product said of Motorola to be available in Mar./Apr. 1999 (1 page).

Photo of Motorol t900 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available on Jan. 6, 2000 (1 page).

Photo of Motorola 1997 Product, noted in Table 1 of p. 7 of Cite No. 1, photo date unknown, product said by Motorola to be available in 1997 (1 page).

Photo of Motorola Page Writer 2000 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown product said by Motorola to be availabe in early 1997 (1 page).

Photo of Motorola Page Writer 250 Product, noted in Table 1of p. 7 of Cite No. 1; photo date unknown product said by Motorola to be availabe by early 1997 (1 page).

Photo of NEC Talktime 800 Series Product and product literature, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, user guide said by Motorola to be available in 1996, 1997 (37 pages).

Photo of Nokia 9000 Communication Product, noted in Table 1 of p. 7 of Cite 1; photo date unknown, product said by Motorola to be available in 1996 (1 page).

Photo of Philips Velo 1 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in Aug. 1997, (1 page).

Photo of RIM 850/950 Product, product announcement, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product (RIM 950) said by Motorola to be available on Sep. 1, 1998 (1 page).

Photo of RIM 857, noted in Table 1 of p. 7 of Cite No 1; photo date unkinown, product said by Motorola to have been released in Oct. 2000 (1 page).

Photo of RIM Inter@ctive Pager 800/900, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in 1996 (1 page).

Portion of "Motorola Inc.'s First Supplemental Response to First Set of Interrogatories (No. 14)" (pp. 1-7) and Exhibit A appended to the Response, Jul. 15, 2009 (27 pages).

Research in Motion Ltd./RAM Mobile Data Supply Agreement pertaining to RIM 850-950 Product; Jun. 27, 1997 (23 pages).

Non-Final Office Action mailed Aug. 15, 2001 in U.S. Appl. No. 09/344,432.

Final Office Action mailed Dec. 5, 2001 in U.S. Appl. No. 09/344,432.

Non-Final Office Action mailed Feb. 17, 2012 in U.S. Appl. No. 13/244,790.

Final Office Action mailed Jul. 5, 2012 in U.S. Appl. No. 13/244,790.

Sandberg-Diment, "Personal Computers; Artificial Intelligence: New Software Arrives," dated Sep. 17, 1985 (4 pages).

Office Action in corresponding Canadian Application No. 2,547,927 mailed by the Canadian Patent Office on Dec. 3, 2012 (3 pages).

* cited by examiner



THUMBWHEEL
1000
THUMBWHEEL CONTROL
1010
EIA/TIA 232 SERIAL PORT (RS-232C COMPATIBLE)
LINE TRANSCEIVER
KEYBOARD
900
SERIAL
A/D
A/D
400
32-bit EMBEDDED MICRO-PROCESSOR
ALKALINE BATTERY
BATTERY CHARGING SUPPLY CONSTANT CURRENT REGULATOR SWITCH/BURST MODE BOOST CONVERTER 300kHz
EXTERNAL CHARGER INPUT
Σ
LITHIUM ION BATTERIES
SYSTEM SUPPLY CONSTANT VOLTAGE REGULATOR
POWER MANAGEMENT CIRCUITRY
300
DISPLAY
FLASH
RAM
500
600
700
DSP
200
DEMODULATED SIGNAL
AGC CONTROL
CHANNEL PROGRAMMING
MODULATION AND AFC
TX POWER CONTROL
100
RECEIVER
90
890-896
LOCAL OSCILLATORS 890 TO 902 MHz LO1 90 MHz LO2 19.2 MHz TCXO
896 TO 902 MHz Rx
TRANSMITTER
935 TO 941 MHz Rx
IMPEDANCE MATCHING RF LPF
IMPEDANCE MATCHING RF LPF

Fig. 1



Fig. 2



970
971
972
960
965
965
973
965
901
965
950
Fig. 3



GND
GND
1010
C811
100p
HP
R801
100K
S801
2X3_FEMALE_CONN
R802
100K
C812
100p
HP
KEYIN(1)
R809
1K 00
PHASE_B
KEYIN(6)
KEYIN(6)
V3_8VCC
MP1
MP2
GND
PHASE_A
V3_8VCC
U881
1031
PR
D
Q
7W74
PHASE_A
CLK
Q-
W_UP
VCC
GND
1041
CLR
PHASE_B
GND
U882
1032
PR
D
Q
7W74
PHASE_B
CLK
Q-
W_DN
VCC
GND
1042
CLR
PHASE_A
GND
1021
PHASE_A
V3_8VCC
PHASE_B
C884
0.01μ
C885
0.01μ
1022
GND

Fig. 4



2080
2000
KEY DEPRESSION INPUT
2020
INITIATING ALTERING FUNCTIONAL STATE CONDITION
2030
PROCESSING THE ALTERING FUNCTIONAL STATE CONDITION
2040
MODIFYING THE PREDEFINED STATE OF KEY DEPRESSED
2050
SUBMISSION OF MODIFIED FUNCTIONAL STATE FOR DISPLAY
2060
DISPLAY MODIFIED FUNCTIONAL STATE
KEYBOARD
900
400
MICROPROCESSOR
906'
DISPLAY
500
901
906'
910
OPERATING SYSTEM
905
915
SPECIALIZED APPLICATION
905'
905
USER INTERFACE ENGINE
930

Fig. 5

Fig. 6

2080'
2000'
KEY DEPRESSION INPUT
2010'
AUXILIARY INPUT DEVICE INPUT
2020'
INITIATING ALTERING FUNCTIONAL STATE CONDITION
2030'
PROCESSING THE ALTERING FUNCTIONAL STATE CONDITION
2060'
2040'
MODIFYING THE PREDEFINED STATE OF KEY DEPRESSED
2050'
SUBMISSION OF MODIFIED FUNCTIONAL STATE FOR DISPLAY
2060'
DISPLAY MODIFIED FUNCTIONAL STATE

Fig. 7



900
1010
KEYBOARD
THUMBWHEEL
400
MICROPROCESSOR
906'
DISPLAY
500
901
906'
910
OPERATING SYSTEM
905
915
SPECIALIZED APPLICATION
905'
905
930
USER INTERFACE ENGINE

*Fig. 8*



Fig. 9

Fig. 10

Fig. 11



5002
5006
4002
4031
5000
4030
O
Q
R
R
4033
C
4034
5008
5010
13
13
5014
4032
F
F
F
F
D'
D
D"
4031
4002
4030
5000
5002
5006
β
5008
5014

Fig. 12

Fig. 13

# HAND-HELD ELECTRONIC DEVICE

This is a continuation of U.S. patent application Ser. No. 11/561,540, entitled "Hand-Held Electronic Device," filed Nov. 20, 2006, which is a continuation of U.S. patent application Ser. No. 09/543,231, entitled "Hand-Held Electronic Device With Auxiliary Input Device," filed Apr. 5, 2000, which is a continuation-in-part of U.S. Design patent application Ser. No. 29/108,876, entitled "Hand-Held Electronic Device," filed Aug. 5, 1999, now U.S. Pat. No. Des. 433,460, and further is a continuation-in-part of U.S. patent application Ser. No. 09/344,432, entitled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs," filed Jun. 25, 1999, now U.S. Pat. No. 6,396,482, which is a continuation-in-part of U.S. patent application No. 09/106,585, entitled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs," filed Jun. 29, 1998, now U.S. Pat. No. 6,278,442, which in turn is a continuation-in-part of U.S. Design application Ser. No. 29/089,942, entitled "Hand-Held Messaging Device With Keyboard," filed Jun. 26, 1998, now U.S. Pat. No. Des. 416,256, all of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDAs), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation **10** and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is the use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for selection of forms and functions relevant to data input. As discussed below, one of the data forms the thumbwheel is implemented to accommodate is a special character set. The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry though the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the used of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

There remains another need for facilitating entry of special or international characters with the thumbs while limiting the keyboard area.

There remains another need for automatically entering certain common punctuation thereby reducing repetitive key entry and increasing the speed of data entry.

There remains another need for automatically entering certain common phrases or electronic signatures without tediously typing the full phrase or electronic signature.

There remains another need for easily removing automatic features when such features are not desired.

There remains another need for executing a set of common instructions for a particular task with a minimum of user data entry.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging or wireless email device (such as the Inter@ctive™ pager manufactured and marketed by the assignee of the present invention) that permits full-text, two-way messaging such as email messaging. The device may also include standard PDA or

PTA features such as an address book, an electronic calendar, a task list and other text-based features. Such features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus, efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a normal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

The invention also minimizes the number of keys available or required for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction with the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

Alternative embodiments could include fewer or more keys, including, for example function keys or control keys. The form factor, however, generally limits the number of keys that may be implemented if the goal of facilitating thumb typing is to be met.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an email template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb typing user's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

According to an aspect of the present invention there is provided a method of changing the character display of a key on a keyboard of a handheld wireless communications device comprising the steps of: receiving a first input from a depression of a keyboard key, the first input defining a first character associated with the depressed keyboard key; receiving a second input from an auxiliary input device in conjunction with the continual depression of the keyboard key; initiating of an altering character condition and processing the altering character condition; and, modifying the first character and submitting for display a second character associated with the depressed keyboard key.

According to another aspect of the present invention there is provided a method of modifying the character display of a key on a keyboard comprising the steps of: receiving a first input from a depression of a keyboard key, the first input associating a first character associated with the depressed keyboard key; initiating of an altering character condition upon a continual depression of the keyboard key beyond a predefined period of time; processing the altering character condition; and, modifying the first character and submitting for display a second character.

According to another aspect of the present invention there is provided a handheld two-way wireless communications device optimally configured for use with the thumbs of a user comprising: a keyboard; an auxiliary input device positioned in relative proximity to the keyboard and control logic circuitry associated with the auxiliary input device; a display positioned adjacent to the keyboard; a microprocessor to control the operation of the device; and, a software application residing in the communications device for providing a plurality of thumb-based operational features, the software application initiating certain operational features upon certain inputs from the keyboard or the auxiliary input device.

According to another aspect of the present invention there is provided a hand-held two-way wireless communications device optimally configured for use with the thumbs of a user comprising: a keyboard having a first set of keys and a second set of keys, wherein the first set of keys is positioned a positive predetermined degree relative to a vertical reference and the second set of keys is positioned a negative predetermined degree relative to the vertical reference; an auxiliary input device positioned in relative proximity to the keyboard; a display positioned adjacent to the keyboard; software residing in the communications device for providing functionality to inputs received from the auxiliary input device and the keyboard.

According to yet another aspect of the present invention there is provided a handheld two-way wireless communications device as described above, and having an auxiliary input device comprising a thumbwheel in a vertical orientation at the front of the device. In an alternative embodiment, the thumbwheel is inclined from the vertical orientation. The inclined thumbwheel is more easily accessible to either the thumb or index finger of a user's hand at the side edge of the device. Moreover, the easier accessibility allows the user to advantageously hold and operate the device in different ways, namely: a single-handed operation and a two-handed operation.

The primary advantage of the present invention is that it enables efficient and user friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in

various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. **1** is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device;

FIG. **2** is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device;

FIG. **3** is a diagram showing the shape, size and placement of the keys on the keyboard:

FIG. **4** is a diagram of the control circuitry for the thumbwheel;

FIG. **5** is a general flow diagram of the major steps of the keyboard-related aspect of the invention;

FIG. **6** is a general block diagram of the major subsystems involved in the process described in FIG. **5**;

FIG. **7** is a general flow diagram of the major steps of the thumbwheel-related aspect of the invention;

FIG. **8** is a general block diagram of the major subsystems involved in the process described in FIG. **7**;

FIG. **9** is a view similar to FIG. **2** showing a hand-held device comprising an alternative embodiment of the invention;

FIG. **10** is a view taken on line **10-10** of FIG. **9**;

FIG. **11** is a view taken on line **11-11** of FIG. **9**;

FIG. **12** is a front view of parts of the device of FIG. **9**; and

FIG. **13** is a view taken on line **13-13** of FIG. **12**.

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, FIG. **1** is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem **100** connected to a DSP **200** for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem **300**, which supplies and manages power to the overall messaging device components, microprocessor **400**, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display **500**, which is 5 preferably a full graphic LCD, FLASH memory **600**, RAM **700**, serial output and port **800**, keyboard **900**, thumbwheel **1000** and thumbwheel control logic **1010**. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem **100**, where it is demodulated via DSP **200** and decoded and presented to microprocessor **300** for display on display **500**. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel **1000**. If the message is an email message, the user may chose to respond to the email by selecting “Reply” from a menu presented on the display through interaction via thumbwheel **1000** or via menu, selection from keyboard **900**. In typing the reply, the user can use keyboard **900** to type full text message replies, or insert predetermined or “canned” response by using either a particular keystroke pattern or through pulling down predetermined text strings from a menu of items presented on display **500** through the use of thumbwheel **1000**. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel **1000**, or alternatively, with less efficiency, through a combination of keyboard **900** keystrokes. When the microprocessor **300** receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem **100**, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard **900** and thumbwheel **1000** can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard **900** and thumbwheel **1000** can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co.’s, Ltd. as part number EVQWK2001.

FIG. **2** is a front view of messaging device **10** that incorporates the invention. The device **10** is shown in FIG. **2** in the ordinary operating/viewing position in which it would be held by and between the user’s hands at the left and right side edges **12** and **14** of the device **10**. The keyboard **900** is thus elongated horizontally across the front **16** of the device **10**. Shown in FIG. **2** are a plurality of letter keys **901**, and specialized keys **902**, **903**, **904** and **905** and space bar **906**. Also shown is the thumbwheel **1000** in its vertical orientation at the front side **16** of the device **10** in association with display **500** and keyboard **900**. By “vertical” it is meant that the thumbwheel **1000** is oriented with its circular opposite sides **1002** and **1004** in vertical planes when the device **10** is viewed directly from the front in the ordinary operating/viewing position, as shown in FIG. **2**. The axis **1005** of rotation then extends from left to right across the device **10** as a horizontal line parallel to the lengthwise direction of the keyboard **900**. The thumbwheel **1000** can roll about the axis **1005** up toward the upper edge **20** of the device **10** or down toward the lower edge **22** of the device **10**. In the preferred embodiment, **902** is the alt key, **903** is the cap key, **904** is the line feed (blank space) key and **905** is the backspace key.

FIG. **3** is a view of a subset of the letter keys **901**, showing the dimensions and relative position of the keys. Shown also is the point **950** that marks the center of keyboard **900**, key dimensions **970**, **971**, **972** and **973**, as well as angle **960** and the rho value **965**, representing curvature of a letter key **901**. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle **960** relative to vertical that facilitated easy typing using thumbs. As described above with reference to the thumbwheel **1000**, “vertical” is the direction perpendicular to the lengthwise direction of the keyboard **900** when the device **10** is viewed in its ordinary operating/viewing position, as shown in FIGS. **2** and **3**. That angle is preferably positive **40** degrees relative to vertical for keys on the right side of the keyboard (where **950** is the center of the keyboard) and negative 40 degrees for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. **2** and **3**, the keys are dispersed across keyboard **900** evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are size appropriately given the footprint of

the messaging device and the keyboard **900**. In its preferred embodiment, the messaging device **10** measures across its face 64 mm by 89 mm, which does not leave much room for keyboard **900** and display **500**. In the preferred embodiment, keyboard **900** occupies over half of the face of the messaging device **10**.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho **965** defining the curvature of the key of **414**, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys **901**. As to the key dimensions, the width **970** of the key **901** is 4.8 millimeters (**971** representing the radius of half that value, 2.4 min) and the length (or height) **972** of the key **901** is 7 millimeters (**973** representing the radius of half that value, 3.5 mm).

FIG. **4** is the logic circuitry **1010** associated with thumbwheel **1000**. Thumbwheel **1000** outputs quadrature signals phase A **1021** and phase B **1022**, which are processed by D flip-flops **1031** and **1032** to present signals **1041** W_UP and **1042** W_DN to microprocessor **400**. Signals **1041** and **1042** represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down. Preferably, another detectable input movement from the thumbwheel is desirable. One such input movement implementation would produce an additional input signal derived from pushing the thumbwheel toward the rear of the device. Hence, the thumbwheel of the present invention has preferably measurable rotatable and depressible input movements. Although the description that follows is specifically relating to a thumbwheel input device, it is to be understood that other suitable thumb-based auxiliary input devices having multiple input detectable movements are envisioned and well within the scope and spirit of the present invention.

In a broad aspect of the invention, input via keys on the keyboard in conjunction with software residing in the flash memory **600** also facilitates the device's operation with the user's thumbs. In another broad aspect of the invention, input via the thumbwheel **1000** and a key on the keyboard in conjunction with software residing in the flash memory **600** further increases the ease, performance, and functionality of the device. These two broad aspects and their specific embodiments will now be described.

FIG. **5** is a general flow diagram of the major steps **2080** of the aforesaid keyboard related aspect of the invention. The first step **2000** is the input via depressing of a key having a predefined functional state in combination with another key on a keyboard. Depending on the combination of keys depressed, an altering functional state condition is then initiated at step **2020**. The altering functional state condition is processed at step **2030**. Next, the predefined functional state of the key is modified at **2040**. In step **2050**, the modified functional state is interpreted, and information is displayed accordingly at **2060**.

FIG. **6** is a general block diagram of the major subsystems involved in the process described in FIG. **5**. In the preferred embodiment of the device, when a key is depressed its predefined functional state **901** is given to the microprocessor **400** and then to the operating system **910**. The operating system is responsible for accepting and dispatching to a specialized application **915** any user input and for providing services to control the display. The modifying step is achieved by a user interface software engine **930** processing the altering functional state condition **905** received from the operating system **910** via a specialized application **915**. The modified functional state **905** is then passed to the operating system **910**. The operating system then acts on the information in a predetermined manner so as to produce a display **906'** representing the modified functional stage of the depressed key.

In the preferred embodiment of the invention, there is a plurality of specialized applications **915** that manage different major features of the device. In such a preferred embodiment, the device would include the following specialized applications: a graphical ribbon application, message compose application, transport application, address book application, device options application, cryptographic application and database application. Other applications are well within the scope and spirit of this aspect of the invention. The applications function directly with the operating system while the user interface engine (albeit another application), in general, provides further specialized functional services to these applications. The user interface engine comprises, in essence, a plurality of modules each module executing at least one different function, and either alone or in combination with another module, providing additional functionality to the applications that use its services. For instance, the user interface engine provides an input field that other applications such as the message compose application can use to display user input. Additionally, the user interface engine receives, stores, manages and outputs data in a consistent manner to readily perform the various specific features to be described below. This scheme has proven to be very advantageous in view of the fact the operating system and the specialized applications may then be limited in their coding overhead and hence allows them to be very robust. Some of the unique functions will be described in more detail below.

Keypad Aspect Generally

The process logic detail is now described for any keypad eve event resulting from user input.

When any key on the device is depressed, a keypad event containing the parameters of the particular key is communicated to the microprocessor. In this instance, "any key" includes the thumbwheel in addition to the keys on the keyboard. Preferably, the parameters indicate that a keypad event has occurred and which key has been depressed. The microprocessor communicates the keypad event information to the operating system. The operating system takes this keypad event information and notifies a specialized application of the keypad event information. Since, preferably, the specialized application is blocked waiting for such a keypad event, the application is awakened, examines the keypad event information, and passes the keypad event information to the user interface engine for further processing. In essence, the keypad event information is passed to the user interface engine from the operating system via the specialized application: the specialized application in this case acts as a conduit for information flow. In other instances, the specialized application may pre-process the keypad event information before passing the same to the user interface engine. Based on the keypad event information provided to the user interface engine, the user interface engine then acts in a predetermined functional manner. The pre-determined functional manner preferably includes processing the keypad event information and updating stored display data so as to provide output instruction data. The user interface engine submits the output instruction data to the operating system. The operating system then acts according to the instructions in the instruction data, in most cases, by submitting for display a representation of the keypad event. The output instruction data would preferably include instructions as to where characters are to be displayed within the display and a character code reference value indicating which character should be displayed on the display. In other cases, a plurality of character code references may be

provided for producing a display of a string of characters. The preferred character code reference is the standard Latin One Code Set. The operation, system would simply execute the instructions by mapping the appropriate characters from its internal bitmap of characters into the appropriate locations on the display.

Auxiliary Input Device Aspect

FIG. **7** is a general flow diagram of the major steps of the auxiliary input device-related aspect of the invention The process **2080'** begins with a first input **2000'** via the depressing of a key on a keyboard having a predefined functional state. Next, a second input **2010'** from the auxiliary input device in conjunction with the depression of the key is provided. This combined effect of the first and second input initiates an altering functional state condition step **2020'**. The altering functional state condition is processed **2030'** and the predefined functional state of the key is modified **2040'**. The modified functional state is then submitted **2050'** for display. Additional modified functional states are accomplished by receiving further inputs **2060'** from the auxiliary input device while the depressed key is continued to be depressed. FIG. **8** is a block diagram of the major subsystem involved in the process described in FIG. **7**. FIG. **8** is similar to FIG. **6** save for input from the auxiliary input device subsystem now contributing to the altering functional state condition. This aspect of the present invention has proven extremely useful in optimizing the functionality of the handheld device by operation of the device with only the user's thumbs.

International Character-Scrolling Feature

Turning now to a specific embodiment of the aforesaid auxiliary input device-related aspect of the invention, the user interface engine, the thumbwheel and at least one key on the keyboard may be utilized to insert international characters into a user input field such as the input field provided by the user interface engine. In general and preferably, the user first presses and holds down a key with the desired associated international characters while the thumbwheel is rolled. For each rolled input from the thumbwheel, a different international character associated with the depressed key is outputted on the display as a substitute for the previous character displayed. There is preferably a plurality of international characters or symbols associated with every key on the keyboard. When the desired character is displayed, the user releases the depressed key and the desired character remains on the display. Traditional means to select such international characters require a number of additional input steps or the availability of additional keys on the keyboard—requirements undesirable with the present handheld device.

With reference to FIG. **8**, the international character-scrolling feature begins with the depression of a key on the keyboard **900** in conjunction with input from the thumbwheel **1010**. The input from the thumbwheel is preferably accomplished by rolling the thumbwheel in either the up or down direction. The combined effect of inputs **901** from the key and the thumbwheel produce an altering functional state condition or a special keypad event **905**. The parameters associated with this special keypad event **90** include data descriptors that will indicate whether the thumbwheel was either rolled up or down and which key on the keyboard was depressed. The user interface engine **930** processes the special keypad event information by indexing through an array containing references to the international characters associated with the depressed key. The processing incrementally indexes up or down the array (depending on the thumbwheel scroll direction parameter), stores the current array position where the indexing stopped and retrieves the character reference code information stored in the current array position. Preferably, at each

index increment, output instruction **905'** is submitted to the operating system **910** for display on the display **500**. The output instruction preferably includes the reference character code and the location of the character to be displayed on the display. Based on this output instruction, the operating system outputs at the appropriate location a bitmap image **906'** for a given reference code from its internal bitmap. If the user chooses to see the next international character associated with the depressed key, the user 20 provides an additional rolling input while continuing to depress the key. This produces a second special keypad event thereby initiating the altering functional state process. Consequently, the above process is related. The user interlace engine processes the keypad parameters from the second special keypad event by further indexing in the appropriate direction by one element from the previously stored position within the array. Again, the user interface engine submits to the operating system sufficient information to display the next associated international character retrieved from the array. Further inputs from the thumbwheel would simply repeat the processing until all international characters associated with the depressed key are indexed through after which time the indexing returns to the top of the array.

Although the above description refers to modifying the default character of the key depressed with an international character it is to be understood that the application of this aspect of the invention can equally be applied to modifying the functional state of the depressed key. For instance, a certain special keypad event defined by a certain key depressed in conjunction with input received from the thumbwheel could trigger a macro to be executed thereby altering the functional state of the depressed key. In this instance, a macro is a single instruction provided by the scrolling feature that expands automatically into a set of instructions to perform a particular task. In another instance, the altered functional state of a key could produce any one of the following: a larger font for the display; change the default font type; change subsequent text to bold or italics; cause certain text to blink in a received email transmission; and reverse image certain text. In another instance, the altered functional state of a key could provide the user with “canned” or pre-set messages that could be readily used for the purposes of quickly responding to a received message. In another instance, the context of the current active display area of the device may either add, or alternatively, suppress, associated altered states. For example, when a user is in the reply-to-message screen display, depression of the letter “M” with the scrolling input from the thumbwheel would produce an ellipsis on the display as the altered functional state. In contrast, the same key and thumbwheel sequence would instead result in a macro sequence to execute in the options screen display.

Capitalization

Turning to another software-related feature that aids in the device **10** being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key **901**, the operating system detects a key down event If the key is released after a period of time, the operating system detects a key up event. If after a key down event, a certain period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either flash **600** as an event that requests the capitalization of the key previously depressed. This feature disables the key repeat feature and substitutes instead a capitalization feature based on the length of a key press. The timing of the key scanning to

determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience of preferences.

Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display image is changed by the operating system mapping appropriate bitmapped characters as instructed by the user interface engine. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

Automatic Formatting Features

Now follows a description of another software-related aspect of the present invention that is implemented to specifically minimize the number of keystrokes required as input by the user in using the device. In some cases, two software engines handle this software-related aspect, namely the user interface engine and an autotext engine. The user interface engine by using the above mentioned functional modules facilitates presenting common interface elements such as menus, lists and textboxes. The autotext engine is another software application that extends the user interface engine and makes use of a database to perform text insertions and other related activities. The autotext engine is preferably implemented as a user interface engine element (such as a choice box or list or standard edit element). This arrangement of being a user interface engine element allows specialized applications to incorporate a buffer that performs autotext substitution as they would a standard input field. However, because of the substantive amount of code associated with the autotext engine and the engine's need to be configured with a list of replacement strings, the engine is preferably implemented as a separate module, One specific advantage that flows from the specific embodiments of the engines as described herein is that there is a substantial reduction of input formatting by the user, since automatic formatting can be triggered by a small number of keystrokes, or by predefined key sequences entered one key at a time.

Autopunctuation

Another embodiment of the user interface engine is the "autopunctuation" feature of the device. If the user enters one of a number of predefined character sequences, the user interface engine will automatically insert a period (full stop) in the user input field. In this manner the user does not need to use the alt key to enter a period. An example of one such character sequence would be <character> <space> <space>, after such character sequence the user interface engine will instruct the operating system to replace the first <space> with a full stop and to capitalize the next character entered by the user. For clarity, in this description: <space> represents a blank space user input; <character> represents any character user input; and, <period> represents user input of the character ".". Because of bandwidth considerations when the device transmits data to the wireless network, it is preferable that only one space, instead of two, is present between the period and the first character of the next sentence. Alternatively implemented, instead of replacing the first <space> in the aforesaid character sequence, a period is inserted after the <character> and the next character entered by the user is capitalized thereby producing two spaces between the period and the next character. In another embodiment of this autopunctuation feature, if the user enters one of a number of predefined character sequences that is used as a capitalization signal, such as <period> <space>, the user interface engine will-process the event and capitalize the next character entered by the user.

Alternatively implemented, the predefined character sequence could be <period> <space> <space>. To further enhance this feature, autopunctuation can be undone easily, as described below.

Character Substitution

Another embodiment of the user interface engine is the "intelligent character substitution" feature of the device. In fields designed for certain types of input, the user interface engine will automatically substitute appropriate characters if inappropriate characters are entered. For example, in a field designed to hold an email address, a method of composing an email address is provided by the character substitution feature of the present invention for email address taking on the general form <characters>@<characters>.<characters>. In the instance, it is assumed blank spaces are unacceptable characters for an email address field. The method begins with the user interface engine receiving from user input a character set representing a certain portion of the email address. If a first delimiter trigger signal, preferably a first blank space, is received from the user input, the engine confirms that no at-sign character ("@") has been entered in the already received character set. If no, the engine substitutes the first delimiter trigger signal with a first email delimiter, preferably the at-sign character. If yes, the engine substitutes the first delimiter with a second email delimiter, preferably a period character. For any subsequent blank space input received, the engine substitutes preferably another period character.

Another example of the character substitution feature occurs when entering data in a field designed to hold numeric data. If the user presses an alphabetic key whose corresponding alt character is a numeral, the user interface engine will recognize this and instruct the operating system to automatically insert the numeral into the field, even if the user had not pressed the alt key.

Phrase Substitution

The first embodiment of the autotext engine provides an application service for error correction and phrase substitution. By entering pairs of strings into an autotext database, the user can associate "original strings" with "replacement strings". The autotext engine also defines an autotext input field that applications may use to access the functionality of the autotext engine. The autotext input field may be of variable length typically up to the length of an email message. As the user is entering data into an autotext input field, each time a space is entered, the autotext engine will search backwards from the current cursor position to extract the last word from the autotext input field. The autotext engine will then efficiently search through the autotext database for an original string that exactly matches the last word. If such a string is found, the last word in the autotext input field will automatically be replaced with the corresponding replacement string from the database.

This phrase substitution feature could be used to correct common typing errors (for example, "the" could be automatically converted to "the") or to facilitate the entry of common phrases (for example, "fyi" could be automatically converted to "for your information"). This feature could also automatically insert a regularly used international character or symbol in a message thereby reducing the instances when the international character-scrolling feature needs to be used. In this latter scenario, the original string could be "jr" and the associated replacement string could be "Jürgen". The international character would be entered as described before for the international character scrolling feature.

The phrase substitution feature could advantageously be used or electronic signatures to be appended to the end of an email message composed by the user on the device. Advan-

tageously, a variety of different electronic signatures can be stored in the autotext database. In this manner, the user may chose the appropriate signature from his set of signatures for the particular context of the email message about to be transmitted. For instance, in one case the user n an informal message may sign off "Take Care & Cheers" with the original string "tc" while in a legally sensitive message the same user may sign off "Solicitor-Client Privileged Communication" with the original string "scp". In this manner, there is no need for any electronic signature field insertion at the gateway of the wireless network and the user may amend and modify his electronic signatures without network interaction. In the preferred embodiment, the replacement string is case sensitive in that any preset capitalization in the replacement string appears when displayed and cannot be forced into a lower case by the case status of the original string. However, if the first character of the original string is upper case, then preferably the first character of the replacement is forced into an upper case as well.

In another embodiment, the autotext engine preferably includes a macro functionality that allows a user to specify special character codes in the replacement string that will be treated specially when the replacement string is entered into the autotext engine. These codes are preferably divided into two distinct sets: control character codes and dynamic data codes. In the control character code situation, some character sequences in the replacement string will be converted to control characters when the original string is replaced by the substitution feature, Examples of these sequences would be "% b" and "% B" which convert to a backspace character and a delete character respectively. Therefore, for an open bracket "(" to be displayed, the original string could be defined as "br" and the replacement string as "(% **3**". Likewise, for a close bracket ")", the original string could be "rb" and the replacement string "°/0 b)".

In the dynamic data code situation, certain character sequences in the replacement string will be converted to dynamic data when the original string is replaced. Examples of these sequences would be " % t" and "% d" wherein the codes are converted into the current time and current date respectively.

Like the intelligent character substitution feature, autotext replacement can be undone easily, as described below.

Undo Feature

As mentioned above, all automatic formatting features of the user interface and autotext engines such as autocapitalization, autopunctuation and phrase substitution may be overridden by what is referred to the "easy undo" feature herein. The automatic formatting features have undo capabilities that are triggered by backspacing over a significant character. As such, if the user backspaces over one of these significant characters, the formatted data is replaced with the raw data as it existed prior to automatic formatting.

For instance, the user may type "fyi" into an autotext input field such one implemented in 0 the message compose screen. If then the user types <space> and "fyi" is in the autotext database, the autotext engine will-replace "fyi" with "for your information" in the input field as earlier described in phrase substitution. If the user does not desire this substitution, the user can preferably backspace over the last character of the displayed string "for your information". Consequently, the autotext engine will restore the contents of the input field to "fyi" as they were prior to the phrase substitution formatting operation. In this instance, the significant character was the last character "n" in the phrase "for your information".

If the user types a sequence of characters that results in an automatic formatting operation, and backspaces to activate the easy undo feature, the appropriate engine will retain the fact that an undo operation took place at that significant character position. Consequently, if the user retypes the same sequence of characters, then the automatic formatting will not be applied for a second time. This allows the user to suppress an automatic formatting feature when desired.

For example the user may suppress the autopunctuation feature from inserting a full stop automatically. As described above, if the user types <space> <space> in an input field, a full stop will be inserted by the user interface engine for the first <space>. If the user does not desire a full stop in that location, the user would then backspace over the full stop character and retype <space> <space>. The user interface engine will not replace the full stop as it did the first time.

Navigation Aids

The device software provides a number of navigation aids for most user input tasks. The navigation aids maximize the likelihood that there will be a graphical interface that the user finds intuitive. The aids allow most input tasks to be performed completely using either the keyboard or the thumbwheel. The navigation aids are preferably incorporated into choice boxes and menus of the device software. A choice box is graphical interface wherein only one selection is displayed at one time. The other possible selections are displayed one at a time by a navigation means. A menu, on the other hand, is a graphical interface wherein all selections for a particular input are displayed at one time. There are other instances where the navigation aids may be used and such applications are within the scope of the invention.

As a first aid, the user may cycle through all available options in a choice box by pressing the space bar. For instance, in a box containing the months of the year, pressing the space bar repeatedly will change the selection from "January" to "February" to March, etc. A keypad event, defined by the location of the cursor being in a choice box and the depression of the space bar, would trigger the altering functional state process. As a result, the user interface engine would process the event by indexing though a choice array associated with the choice box and provide to the operating system instructions to display the next available option.

As a second aid, the user may also cycle through the data by pressing a control key and rolling the thumbwheel. The control key is preferably the "alt" key **902**. Other control keys are possible and within the scope of the invention. This navigation method allows more flexibility for the user because the user can cycle through data in either direction in the choice array. This navigation is similar to the aforesaid international character-scrolling embodiment, instead of international characters associated with the key depressed, the software displays a list of options. Preferably, in the downward scrolling direction, the user interface engine will move through the list of choices in the same direction as it would have if the space bar had been pressed. In the upward scrolling direction, the user interface engine will move backwards through the list of choices (e.g. "March" to "February" to "January", etc.). Hence, the alt keys defined function of producing for display an alternate character for a key has been altered by the keypad event triggered by the thumbwheel and the alt key inputs. In the case of a menu display, the user can move the cursor between items in the menu by depressing a character key. If a menu item exists beginning with the character, the cursor will be positioned automatically over the first item in the menu beginning with that character. If there are multiple menu items beginning with that character, pressing the key repeatedly will cycle it through those menu items. When the cursor is positioned over the desired item, the user can select it by pressing the Enter key. If the user decides that he does not

want to select any menu item, but instead return to his previous position in the application, he can again select the "Hide Menu" item or press the backspace key, and the menu will be dismissed.

Another navigation aid is available when the cursor is positioned over a specific choice box that changes options by allowing the user to cycle through the options in the choice box by only rolling up or down without depressing the alt key. Similarly, when a menu is displayed, the user can move the cursor up or down in the menu by rolling the thumbwheel, respectively, up or down. When the cursor is positioned over the desired menu item, the user can select it by pressing the roller wheel toward the back of the device (called clicking the wheel). If the user decides that he does not want to select any menu item, but instead desires to return to his previous position in the application, preferably, he can select the "Hide Menu" item, and the menu will be dismissed. Preferably, the user can also dismiss the menu by pressing the backspace key.

Another navigation aid utilizes the uniqueness of the first character of each choice listed in a choice box. If the user depresses a key and there exists a possible choice beginning with the character represented by the key, that choice will automatically be selected without any further input required by the user. If there are multiple choices beginning with that letter, pressing the key repeatedly will cycle through the available choices. For example, in a month choice box, pressing "j" will first select "January", then "June" and then "July". Alternatively implemented, rapid keystrokes could result in a narrower search. For instance, rapidly pressing "ju" would result in "June" and then "July".

Thumbwheel Orientation

As described above with reference to FIG. **2**, the communications device **10** has a vertical thumbwheel **1000**. As shown in FIGS. **9-12**, an alternative embodiment of the invention comprises a device **4000** with an inclined thumbwheel **4002**.

Like the device **10**, the device **4000** is a hand-held communications device which, as viewed directly from the front in FIG. **9**, has an ordinary operating/viewing position in which it is normally held by and between the user's left and right hands at the left and right side edges **4004** and **4006** of the device **4000**. The keyboard **4008** is thus elongated horizontally across the front **4010** of the device **4000** at a location between the display **4012** and the lower edge **4014** of the device **4000**. Further like the device **10**, the device **4000** includes a microprocessor with a software application for providing a plurality of thumb-based operational features upon certain inputs from the keyboard **4008** and the thumbwheel **4002**, as described above.

The housing **4020** of the device **4000** has front and rear sections **4022** and **4024**. The thumbwheel **4002** projects outward through a slot-shaped opening **4026** in the front section **4022** of the housing **4020**. The opening **4026** interrupts the corner of the housing **4020** between the front **4010** and the right side edge **4006** of the device **4000**, and is elongated lengthwise of the right side edge **4006**. The opening **4026** is thus configured to provide clearance for the thumbwheel **4002** to project from both the front **4010** and the right side edge **4006** of the device **4000** in its inclined orientation. This places the peripheral surface **4030** of the thumbwheel **4002** in an orientation in which it is clearly visible from directly in front of the device **4000** when a user holds the device **4000** in its ordinary operating/viewing position, as shown in FIG. **9**. Importantly, the peripheral surface **4030** of the thumbwheel **4002** is easily accessible, i.e., reachable, by the right thumb at the front **4010** of the device and also by the right index finger when the device is held, preferably, in the palms of two hands. Also, the peripheral surface **4030** of the thumbwheel **4002** is accessible by the right thumb at, for instance, the right side edge **4006** of the device when the device is held in one hand. The present invention provides optimum positioning between a vertically-aligned thumbwheel and horizontally-aligned thumbwheel; thereby, allowing the user to operate the thumbwheel in either a single-hand operation or two-handed operation.

As best shown in FIG. **11**, the thumbwheel **4002** is inclined at a specified angle A from the vertical orientation of the thumbwheel **1000** (FIG. **2**). The angle A is preferably 70 degrees. With its axis **4031** of rotation in this orientation, the thumbwheel **4002** can roll up toward the upper end **4032** of the device **4000**, and down toward the lower end **4014**, in a manner similar to the up and down rolling movement of the thumbwheel **1000**. However, the rolling movement of the thumbwheel **4002** further has directional components extending across the front **4010** of the device **4000** between the opposite side edges **4004** and **4006** as a result of its inclination from the vertical orientation of the thumbwheel **1000**. This enhances the ability of the user to manipulate the thumbwheel **4002** with either the thumb or index finger of the right hand.

A structure for supporting the thumbwheel **4002** within the housing **4020** is shown in FIGS. **12** and **13**. An important advantage of the inclined thumbwheel **4002** is that thickness of the housing (i.e., the distance between the front surface **4010** and the rear surface **4011**) is minimized; thereby, allowing the overall dimensions of the device **4000** to be sleeker than if the thumbwheel **4026** were vertically positioned. The supporting structure includes a rollerwheel switch assembly **5000** and a printed circuit board (PCB) **5002**. These parts **5000** and **5002** are configured to interconnect the thumbwheel **4002** operatively with the main PCB **5004** (shown schematically in FIG. **11**).

The PCB **5002** has first and second portions **5006** and **5008**. The two portions **5006** and **5008** of the PCB **5002** are inclined relative to each other at a specified angle B which is complementary to the angle A of FIG. **11**. In the preferred embodiment, the angle B is 20 degrees. The rollerwheel switch assembly **5000** supports the thumbwheel **4002** on the first portion **5006** of the PCB **5002** for rotation about the axis **4031**, as indicated by the R arrows **4034**, and also for clicking input movement in a direction perpendicular to the axis **4031**, as indicated by the C arrows **4033** shown in FIG. **12**. An additional advantage of the present invention is the ability to execute the clicking input movement in a plurality of angular positions of the user's thumb or index finger as illustrated by the input arrows F **4032** and associated angles D, D', and D" in FIG. **13**. All that is required to engage the rollerwheel switch assembly **5000** to acknowledge a clicking input movement is sufficient force in the direction perpendicular to the axis **4031**. In this manner, some of the additional advantages described above relating to easy access via a single-hand or a dual-hand mode operation of the device **4000** is further enhanced. The plurality of angular positions by which the user may engage the thumbwheel **4002** for input allows for greater freedom and ergonomic flexibility for the user. Such freedom and ergonomic flexibility is not found in traditional handheld devices having a thumbwheel. An escape switch **5010** also is mounted on the first portion **5006** of the PCB **5002**, and is actuatable by a button **5012** (FIG. **9**) in a known manner. A connector **5014** is mounted on the second portion **5008** of the thumbwheel PCB **5002** to connect the second portion **5008** directly with the main PCB **5004** in an orientation parallel to the main PCB **5004**. The first portion **5006** of the thumbwheel PCB **5002** then supports the thumbwheel **4002** in the inclined orientation described above.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that the preferred embodiments are presented only by way of example and are not meant to limit the scope of the present invention that is defined by the following claims.

The invention claimed is:

**1**. An input method performed by a mobile device, the method comprising:

(A) receiving a first input including a first set of characters and displaying the first set of characters, wherein a last character in the first set of characters is not a period;

(B) receiving a space input twice in succession, and in response:

(1) displaying a period (.) after the first set of characters, wherein no character in the first set of characters is replaced with another character when the first set of characters is displayed;

(2) displaying at least a space after the period; and

(C) receiving and displaying a second input including a second set of characters, wherein a first character in the second set of characters is automatically capitalized.

**2**. A method as set forth in claim **1**, wherein the first set of characters comprises a first sentence.

**3**. A method as set forth in claim **1**, wherein the second set of characters comprises a second sentence.

**4**. A mobile device comprising a display and a user interface, the mobile device configured to:

(A) receive a first input including a first set of characters and display the first set of characters, wherein a last character in the first set of characters is not a period;

(B) receive a space input twice in succession, and in response:

(1) display a period (.) after the first set of characters;

(2) display at least a space after the period, wherein no character in the first set of characters is replaced with another character when the first set of characters is displayed; and

(C) receive and display a second input including a second set of characters, wherein a first character in the second set of characters is automatically capitalized.

**5**. A mobile device as set forth in claim **4**, wherein the first set of characters comprises a first sentence.

**6**. A mobile device as set forth in claim **4**, wherein the second set of characters comprises a second sentence.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 8,493,322 B2
APPLICATION NO. : 13/111554
DATED : July 23, 2013
INVENTOR(S) : Jason T. Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification:

Col. **7**, lines 66-67, "The modified functional state **905**" should read --The modified functional state **905′**--.

Col. 8, lines 32-33, "any keypad eve event" should read --any keypad event--.

Col. 13, line 5, "n an" should read --in an--.

Col. 13, lines 34-35, "the replacement string "°/0 b)"." should read --the replacement string "% b)".--.

Signed and Sealed this
Eighth Day of October, 2013

Teresa Stanek Rea
*Deputy Director of the United States Patent and Trademark Office*