UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company, and SHOW MEDIA LLC, a Nevada Limited Liability Company<br><br>          Defendant. | Case No. 3:14-cv-00023-WHO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>TYPO PRODUCTS LLC; TYPO INNOVATIONS, LLC; SHOW MEDIA LLC; HALLIER INVESTMENTS, LLC, all Nevada Limited Liability Companies, and LAURENCE HALLIER, an individual,<br><br>          Defendants. | Case No. 3:15-cv-00715-WHO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Based on the Joint Motion To Dismiss filed by Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Typo Products LLC, Typo Innovations, LLC, Show Media, LLC, Hallier Investments LLC and Laurence Hallier ("Defendants"), **IT IS HEREBY ORDERED THAT** all claims for relief asserted by BlackBerry against Defendants in these litigations are dismissed with prejudice, and all claims, defenses and/or counterclaims for relief asserted by Defendants against BlackBerry in these litigations are dismissed with prejudice. BlackBerry and Defendants will each bear their own costs, expenses and legal fees related to these claims. The Court will separately enter the Permanent Injunction filed concurrently with the Joint Motion to Dismiss.

DATED: June 9, 2015

By _____
HONORABLE WILLIAM H. ORRICK
United States District Judge